**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES MYRON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMIE PAYTON, et al.,<br><br>　　　　　Defendants. | No. EDCV 09-1749-JSL(CW)<br><br>ORDER ACCEPTING REPORT AND<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the court has reviewed the record and the Report and Recommendation of the United States Magistrate Judge.  No written objections to the Report have been received.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　**IT IS THEREFORE ORDERED** (1) that this action be remanded to the California Superior Court, Riverside County, in Case No. INC-88249; and (2) that the clerk send a copy of this order with a letter of transmittal (Form CV-103) to the superior court.

DATED:　 Sept. 5, 2012 

*Spencer Letts*
　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　United States District Judge